[No. 45359-9-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE M. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02480-6, Sharon S. Armstrong, J., entered October 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45164-2-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MARIANO BELLO, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00057-1, David A. Nichols, J., entered September 7, 2000. *Reversed* by unpublished per curiam opinion.

[No. 44648-7-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. J.T.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08085-1, Patricia H. Clark, J., entered April 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 41409-7-I.   Division One.   November 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL EVERYBODYTALKSABOUT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01122-8, Donald D. Haley, J., entered September 16, 1997. *Affirmed* by unpublished opinion per Baker, J.; Grosse, J., concurring separately; Becker, A.C.J., dissenting.